IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00742-BNB

JONATHAN LEE RICHES, a/k/a
KWAME KILPATRICK,

      Plaintiff, named as Applicant,

v.

NOSHIR GOWADIA,
HASSAN ABU-JIHAAD,
PAUL HARVEY, and
ADX FLORENCE,

      Defendants, named as Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 8 2009

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

      Plaintiff, Jonathan Lee Riches, also known as Kwame Kilpatrick, initiated this action by submitting to the Court **pro se** a complaint characterized as a request for "Habeas Corpus Relief Under 28 U.S.C. § 2241." Pursuant to D.C.COLO.LCivR 8.2, the Court reviewed the complaint and determined it was deficient. Therefore, in an order filed on April 2, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Riches to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

      The April 2, 2009, order pointed out that Mr. Riches failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The April 2 order also pointed out that Mr. Riches failed to submit a complaint on the proper, Court-approved form. The order warned Mr.

Riches that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Riches has failed within the time allowed to cure the deficiencies listed in the April 2 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint, characterized as a request for "Habeas Corpus Relief Under 28 U.S.C. § 2241," and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 15 day of _____ May _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-00742-BNB

Jonathan Lee Riches
a/k/a Kwame Kilpatrick
Reg.  No.  40948-018
FTC - Oklahoma
PO Box 898801
Oklahoma City, OK 73189


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _5/18/09_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk